O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD PIERCE,<br><br>   Petitioner,<br><br>  v.<br><br>DEAN BORDERS, Warden,<br><br>   Respondent. | Case No. SA CV 19-1352 CAS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: September 15, 2020     */s/ Christina A. Snyder*
                  HON. CHRISTINA A. SNYDER
                  SENIOR U.S. DISTRICT JUDGE