JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD PIERCE, | Case No. SA CV 19-1352 CAS (MRW) |
| Petitioner, | |
| v. | JUDGMENT |
| DEAN BORDERS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: September 15, 2020

HON. CHRISTINA A. SNYDER
SENIOR U.S. DISTRICT JUDGE